## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:23-cv-00084-PAB-MEH

UNITED STATES OF AMERICA,

      Plaintiff,

v.

ALLEN J. SCHREIBER, and
LISA M. SCHREIBER,

      Defendants.

---

## ENTRY OF APPEARANCE ON BEHALF OF DEFENDANTS

---

To the clerk of court and all parties of record:

      I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for:

1. Allen J. Schreiber; and

2. Lisa M. Schreiber.

      DATED at Denver, Colorado this _3rd_ day of March, 2023.

Whitney W. Wolfe
MERRIAM LAW FIRM. P.C.
1675 Broadway, Suite 1875
Denver, Colorado 80202
Phone: 303-592-5404
Fax: 303-592-5439
Email: Whitney@MerriamLaw.com
Attorney for Defendants