## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:23-cv-00084-PAB-MEH

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ALLEN J. SCHREIBER, and
LISA M. SCHREIBER,

    Defendants.

---

## ENTRY OF APPEARANCE ON BEHALF OF DEFENDANTS

---

To the clerk of court and all parties of record:

    I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for:

1. Allen J. Schreiber; and

2. Lisa M. Schreiber.

    DATED at Denver, Colorado this 6th day of March, 2023.

    s/ Whitney Whitson Wolfe
    Whitney Whitson Wolfe
    MERRIAM LAW FIRM. P.C.
    1675 Broadway, Suite 1875
    Denver, Colorado  80202
    Phone: 303-592-5404
    Fax: 303-592-5439
    Email: Whitney@MerriamLaw.com
    Attorney for Defendants