**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:23-cv-00084-PAB-MEH

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ALLEN J. SCHREIBER, and
LISA M. SCHREIBER,

    Defendants.

---

**UNOPPOSED MOTION TO EXTEND ANSWER DEADLINE**

---

DEFENDANTS, Allen J. Schreiber and Lisa M. Schreiber, by and through their counsel of record, Kevin A. Planegger and Whitney W. Wolfe, hereby respectfully submit to this Honorable Court the foregoing Unopposed Motion to Extend Answer Deadline. In support of this Motion, the Defendants state as follows:

1. **Certificate of Conferral Pursuant to D.C. Colo. LCivR 7.1(a).** Undersigned Counsel for the Defendants certify that they have conferred with Counsel for Plaintiff regarding the relief requested herein. This Motion is unopposed.

2. **Legal Authority.** Pursuant to Fed. R. Civ. P. 6(b)(1), the Court may, for good cause, extend the time for which act must be done if the request for such extension is made before the original time expires.

3. Pursuant to D.C. Colo. LCivR 6.1(a), any request for an extension of time in excess of 21 days must be approved by court order on motion.

4. Additionally, pursuant to D.C. Colo. LCivR 6.1(b), a motion for extension of time shall state the reason for extension, the length of the requested extension, and the total number of extensions granted previously.

5. **Grounds and Request for Extension.**  Plaintiff filed a Complaint on January 11, 2023. An Answer is due to be filed by the Defendants no later than March 14, 2023.

6. The parties, through Counsel, are attempting to resolve this matter by settlement.

7. Early settlement of this matter will reduce attorney fees and costs associated with the preparation and filing of an Answer pleading. Extending the Answer deadline allows Defendants to focus and apply limited resources to settlement related tasks.

8. Early settlement of this matter will also minimize fees, costs, and judicial resources associated with contested litigation. Prior to the filing of this Motion, the parties jointly requested that other deadlines be extended by the Court, and such request was granted. (*See* Minute Order (Document 16) issued on March 8, 2023 in Case 1:23-cv-00084-PAB-MEH.)

9. This Motion is made in good faith. No previous motions requesting an extension of the Answer deadline have been filed.

10. Defendants request a new Answer deadline of May 12, 2023.

11. This Motion is timely pursuant to Fed. R. Civ. P. 6(b)(1), as it is filed prior to the original Answer deadline of March 14, 2023.

12. As indicated in the Certificate of Service below, this Motion is contemporaneously served upon the Defendants pursuant to D.C. Colo. LCivR 6.1(c).

WHEREFORE, for the reasons stated herein, the Defendants respectfully request that this Court extend the deadline to file an Answer to May 12, 2023.

DATED at Denver, Colorado this 10th day of March, 2023.

s/ Kevin A. Planegger
Kevin A. Planegger
MERRIAM LAW FIRM. P.C.
1675 Broadway, Suite 1875
Denver, Colorado  80202
Phone: 303-592-5404
Fax: 303-592-5439
Email: Kevin@MerriamLaw.com
Attorney for Defendants

s/ Whitney Whitson Wolfe
Whitney Whitson Wolfe
MERRIAM LAW FIRM. P.C.
1675 Broadway, Suite 1875
Denver, Colorado  80202
Phone: 303-592-5404
Fax: 303-592-5439
Email: Whitney@MerriamLaw.com
Attorney for Defendants

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 10th day of March, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following email addresses:

Robert C. Bombard
Trial Attorney, Tax Division
U.S. Department of Justice
Robert.Bombard@usdoj.gov
Attorney for Plaintiff

Kevin A. Planegger
MERRIAM LAW FIRM. P.C.
Email: Kevin@MerriamLaw.com
Attorney for Defendants

      I also hereby certify that on this 10th day of March, 2023, I mailed or served the foregoing document or paper to the following non-CM/ECF participants via U.S. Mail:

Allen J. Schreiber
7101 E. Crestline Avenue
Greenwood Village, Colorado 80111
*A courtesy copy of this pleading was also served by email.*

Lisa M. Schreiber
7101 E. Crestline Avenue
Greenwood Village, Colorado 80111
*A courtesy copy of this pleading was also served by email.*

                                                s/ Whitney Whitson Wolfe
                                                Whitney Whitson Wolfe
                                                MERRIAM LAW FIRM. P.C.
                                                Attorney for Defendants