IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:23-cv-00084-PAB-MEH

UNITED STATES OF AMERICA

    Plaintiff,

v.

ALLEN J. SCHREIBER, an individual;
LISA M. SCHREIBER, an individual;

    Defendants.

## NOTICE OF FILING AMENDED COMPLAINT

Pursuant to Colo. L. Civ. R. 15.1(a), and with the consent of opposing counsel for defendants, Allen J. Schreiber and Lisa M. Schreiber, plaintiff, the United States, files this amended complaint. Attached hereto is a copy of the amended complaint, as well as the required exhibit which strikes through the deleted text and underlines the added text in accordance with Colo. L. Civ. R. 15.1(a).

    DAVID A. HUBBERT
    Deputy Assistant Attorney General

    */s/ Robert C. Bombard*
    ROBERT C. BOMBARD
    Trial Attorney, Tax Division
    U.S. Department of Justice
    P.O. Box 683, Ben Franklin Station
    Washington, D.C. 20044-0683
    Telephone: (202) 514-6073
    Fax: (202) 307-0054
    Email: Robert.Bombard@usdoj.gov

    *Counsel for United States of America*

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 19, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following email addresses:

Kevin A. Planegger
kevin@merriamlaw.com, kplanegger@yahoo.com

Whitney W. Wolfe
whitney@merriamlaw.com

DAVID A. HUBBERT
Deputy Assistant Attorney General

*/s/ Robert C. Bombard*
ROBERT C. BOMBARD
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, D.C.  20044-0683
Telephone: (202) 514-6073
Fax: (202) 307-0054
Email: Robert.Bombard@usdoj.gov

*Counsel for United States of America*