05/04/2023 07:19 AM   RF: $18.00   DF: $0.00
Arapahoe County Clerk, CO
Page: 1 of 2
Joan Lopez, Clerk & Recorder
Electronically Recorded

E3029840

DAVID A. HUBBERT
Deputy Assistant Attorney General

ROBERT BOMBARD
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Washington, D.C.  20044
Telephone: 202-514-6073
E-Mail:  Robert.Bombard@usdoj.gov
          Western.TaxCivil@usdoj.gov

*Attorney for the United States*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

UNITED STATES OF AMERICA

      Plaintiff,

v.

ALLEN J. SCHREIBER, an individual;
LISA M. SCHREIBER, an individual;
GUARANTY BANK AND TRUST COMPANY, a corporation;
FIRST CITIZENS BANK AND TRUST COMPANY; a corporation;
HCA HEALTHONE LLC; a limited liability corporation;
COLORADO DEPARTMENT OF REVENUE;
AGS CONSTRUCTION INCORPORATED;
ARAPAHOE COUNTY, COLORADO;
ARIELLE M. LASORSA, an individual; and
JILLIAN E. SCHREIBER, an individual

      Defendants.

Civil Action No. 1:23-cv-00084-PAB-MEH

---

## NOTICE OF LIS PENDENS

---

PLEASE TAKE NOTICE that *United States v. Allen J. Schreiber, et al.*, No. 1:23-cv-00084-PAB-MEH (D. Col.) has commenced and is now pending and that this action affects the title, possession, and ownership of real property located in Arapahoe County at 7101 E. Crestline Avenue, Greenwood Village, Colorado 80111, and legally defined as follows:

TRACT 14, BELLEVIEW HEIGHTS, SECOND FILING,
COUNTY OF ARAPAHOE, STATE OF COLORADO

The United States seeks to reduce to judgment outstanding federal tax

assessments against Allen J. Schreiber and Lisa M. Schreiber and to foreclose the liens

arising from those liabilities against the real property.

May 2, 2023.                           Respectfully submitted

                                       DAVID A. HUBBERT
                                       Deputy Assistant Attorney General

                                       ROBERT C. BOMBARD
                                       Trial Attorney, Tax Division
                                       U.S. Department of Justice
                                       P.O. Box 683
                                       Ben Franklin Station
                                       Washington, D.C. 20044-0683
                                       (202) 514-6073
                                       (202) 307-0054 (f)
                                       Robert.Bombard@usdoj.gov
                                       Western.TaxCivil@usdoj.gov
                                       *Attorney for Plaintiff*

District of Columbia

Signed and sworn to (or affirmed) before me on <u>May 2, 2023</u>, by <u>Robert Bombard</u>.
                                       Date            Name(s) of Individuals
                                                       Making Statement

                                       Signature of Notarial Officer

                                       **Daffney T. Archer**
                                       **Notary Public of District of Columbia**
                                       **My Commision Expires February 14, 2028**

2