IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:23-CV-00084-PAB-MEH

United States of America,

    Plaintiff,

v.

Allen J. Schreiber *et al.*,

    Defendants.

## COLORADO DEPARTMENT OF REVENUE'S DISCLAIMER

    The State of Colorado, Department of Revenue, by and through the Attorney General of the State of Colorado, hereby disclaims any present interest in the property that is the subject of this action, commonly known as 7701 E. Crestline Avenue, Greenwood Village, Arapahoe County CO, 80111.

    Respectfully submitted this 25th day of May, 2023.

    PHILIP J. WEISER
    Attorney General

    *s/ Morgan H. Stanley*
    MORGAN H. STANLEY, 56400*
    Assistant Attorney General
    DEANNA L. WESTFALL, 23449*
    Assistant Attorney General
    Revenue and Utilities Section
    (720) 508-6322 (Stanley)
    (720) 508-6342 (Westfall)
    morgan.stanley@coag.gov
    deanna.westfall@coag.gov
    Attorneys for Colorado Department of Revenue
    *Counsel of Record

CERTIFICATE OF SERVICE

This is to certify that I have served the foregoing **COLORADO DEPARTMENT OF REVENUE'S DISCLAIMER** upon all parties, through counsel listed below, through the ECF filing system on this 25th day of May, 2023, addressed as follows:

| | |
|---|---|
| Robert C. Bombard | Kevin A. Planegger |
| U.S. Department of Justice, Tax Division | Whitney Whitson Wolfe |
| P.O. Box 683, Ben Franklin Station | Merriam Law Firm, P.C. |
| Washington, D.C. 20044-0683 | 1675 Broadway, Ste. 1875 |
| Attorneys for the Plaintiff | Denver, CO 80202 |
| | Attorneys for Defendants, Allen and Lisa Schreiber |

*s/ Jennifer Duran*
Jennifer Duran