# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:23-cv-00084-PAB-MEH

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ALLEN J. SCHREIBER, an individual;
LISA M. SCHREIBER, an individual;
GUARANTY BANK AND TRUST COMPANY, a corporation;
FIRST CITIZENS BANK AND TRUST COMPANY; a corporation;
HCA HEALTHONE LLC; a limited liability corporation;
COLORADO DEPARTMENT OF REVENUE;
AGS CONSTRUCTION INCORPORATED;
ARAPAHOE COUNTY, COLORADO;
ARIELLE M. LASORSA, an individual; and
JILLIAN E. SCHREIBER, an individual,

    Defendants.

## NOTICE OF DISMISSAL OF ARIELLE M. LASORSA

    The United States brought this action to reduce to judgment federal tax assessments against Allen J. Schreiber and Lisa M. Schreiber and to foreclose the federal tax liens on real property located in Arapahoe County, Colorado, and owned by the Schreibers (the "Subject Property") in satisfaction of their tax debts. The United States named Arielle M. Lasorsa as a defendant pursuant to 26 U.S. C. § 7403(b), because she may have claimed an interest in the Subject Property.

    On May 24, 2023, the Schreibers revoked the Beneficiary Deed that granted the Subject Property to Arielle M. Lasorsa and her sister, Jillian E. Schreiber, with the Clerk and Recorder of Arapahoe County, Colorado. Accordingly, the United States, through

undersigned counsel, dismisses Arielle M. Lasorsa from this proceeding, without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

DATED this 31st day of May, 2023.

> DAVID A. HUBBERT
> Deputy Assistant Attorney General
>
> /s/ *Robert C. Bombard*
> ROBERT C. BOMBARD
> Trial Attorney, Tax Division
> U.S. Department of Justice
> P.O. Box 683
> Ben Franklin Station
> Washington, D.C. 20044-0683
> (202) 514-6073
> (202) 307-0054 (f)
> Robert.Bombard@usdoj.gov
> Western.TaxCivil@usdoj.gov
> *Attorney for Plaintiff*