IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:23-cv-00084-PAB-MEH

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ALLEN J. SCHREIBER, an individual;
LISA M. SCHREIBER, an individual;
GUARANTY BANK AND TRUST COMPANY, a corporation;
FIRST CITIZENS BANK AND TRUST COMPANY; a corporation;
HCA HEALTHONE LLC; a limited liability corporation;
COLORADO DEPARTMENT OF REVENUE;
AGS CONSTRUCTION INCORPORATED;
ARAPAHOE COUNTY, COLORADO;
ARIELLE M. LASORSA, an individual; and
JILLIAN E. SCHREIBER, an individual,

    Defendants.

## NOTICE OF DISMISSAL OF JILLIAN E. SCHREIBER

The United States brought this action to reduce to judgment federal tax assessments against Allen J. Schreiber and Lisa M. Schreiber and to foreclose the federal tax liens on real property located in Arapahoe County, Colorado, and owned by the Schreibers (the "Subject Property") in satisfaction of their tax debts. The United States named Jillian E. Schreiber as a defendant pursuant to 26 U.S.C. § 7403(b), because she may have claimed an interest in the Subject Property.

On May 24, 2023, the Schreibers revoked the Beneficiary Deed that granted the Subject Property to Jillian E. Schreiber and her sister, Arielle M. Lasorsa, with the Clerk and Recorder of Arapahoe County, Colorado. Accordingly, the United States, through

undersigned counsel, dismisses Jillian E. Schreiber from this proceeding, without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

DATED this 31st day of May, 2023.

          DAVID A. HUBBERT
          Deputy Assistant Attorney General

          /s/ *Robert C. Bombard*
          ROBERT C. BOMBARD
          Trial Attorney, Tax Division
          U.S. Department of Justice
          P.O. Box 683
          Ben Franklin Station
          Washington, D.C. 20044-0683
          (202) 514-6073
          (202) 307-0054 (f)
          Robert.Bombard@usdoj.gov
          Western.TaxCivil@usdoj.gov
          *Attorney for Plaintiff*