# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

**Civil Action No. 23-cv-00084-PAB-MEH**

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ALLEN J. SCHREIBER, an individual;
LISA M. SCHREIBER, an individual;
GUARANTY BANK AND TRUST COMPANY, a corporation;
FIRST CITIZENS BANK AND TRUST COMPANY, a corporation;
HCA HEALTHONE LLC; a limited liability corporation;
COLORADO DEPARTMENT OF REVENUE;
AGS CONSTRUCTION INCORPORATED;
ARAPAHOE COUNTY, COLORADO;
ARIELLE M. LASORSA, an individual; and
JULIAN E. SCHREIBER, an individual,

    Defendants.

## NOTICE OF ENTRY OF APPEARANCE

Benjamin Swartzendruber, Sr. Assistant County Attorney, Arapahoe County Attorney's Office, hereby enters his appearance in the above-captioned matter on behalf of Defendant Arapahoe County. The undersigned further certifies pursuant to D.C.COLO.LAttyR 3 that he is a member in good standing of the Bar of this Court.

Submitted this 5th day of June 2023.

**Arapahoe County Attorney's Office**

By: *s/ Benjamin P. Swartzendruber*
Benjamin P. Swartzendruber
Sr. Assistant County Attorney

1

5334 S. Prince Street
Littleton, CO 80120-1136
Tele: 303-795-4639
E-mail:
Bswartzendruber@arapahoegov.com
*Attorney for Arapahoe County*

### Certificate of Service

This is to certify that on the 5th day of June 2023, I electronically filed the foregoing **NOTICE OF ENTRY OF APPEARANCE** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail address(es):

Robert Bombard
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Washington, D.C. 20044
(202) 514-6073 (v)
(202) 307-0054 (f)
Robert.Bombard@usdoj.gov
*Attorney for the United States*

Kevin A. Planegger
Whitney Whitson Wolfe
Merriam Law Firm, P.C.
1675 Broadway, Suite 1875
Denver, CO 80202
whitney@merriamlaw.com
Kevin@MerriamLaw.com

*Counsel for Defendants Lisa M. Schreiber and Allen J. Schreiber*

*s/ Stacy Hines*
Stacy Hines, Paralegal
Arapahoe County Attorney's Office

2