IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 23-cv-00084-PAB-MEH

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ALLEN J. SCHREIBER, an individual;
LISA M. SCHREIBER, an individual;
GUARANTY BANK AND TRUST COMPANY, a corporation;
FIRST CITIZENS BANK AND TRUST COMPANY, a corporation;
HCA HEALTHONE LLC; a limited liability corporation;
COLORADO DEPARTMENT OF REVENUE;
AGS CONSTRUCTION INCORPORATED;
ARAPAHOE COUNTY, COLORADO;
ARIELLE M. LASORSA, an individual; and
JULIAN E. SCHREIBER, an individual,

    Defendants.

## STIPULATION REGARDING LIEN PRIORITY BETWEEN THE UNITED STATES AND ARAPAHOE COUNTY

The United States of America and Defendant Arapahoe County ("the parties") hereby stipulate and agree as follows:

1.     The United States commenced this action to reduce to judgment federal tax assessments against Defendants Allen and Lisa Schreiber and to foreclose federal tax liens against the Schreibers' real property.

2.     The real property at issue is a single-family residence located in Arapahoe County at 7101 E. Crestline Avenue, Greenwood Village, Colorado 80111, PIN 031784891 (the "Subject Property"). Doc. No. 21 at ¶ 34.

1

3. The United States holds federal tax liens against the Subject Property pursuant to 26 U.S.C § 6321. These liens are related to unpaid federal income taxes (Form 1040), interest, and penalties assessed against Defendants Allen and Lisa Schreiber for the 2008-2012, 2014-2018, and 2020 tax years.

4. The parties agree that the federal tax liens described above attach to the Subject Property.

5. Arapahoe County was named as a defendant in this action solely to fulfill the requirements of 26 U.S.C. § 7403(b), because it has a potential interest in the Subject Property. Specifically, Arapahoe County has an interest by virtue of any current and/or future real property tax liens.

6. The parties agree that any outstanding real property tax liens attach to the Subject Property.

7. The parties thus stipulate and agree that any outstanding balance on any Arapahoe County property tax lien(s) against the Subject Property, to which 26 U.S.C. § 6323(b)(6) applies, has priority over the United States' federal tax liens against the Subject Property.

8. Should the United States prevail on its claims, Arapahoe County will not oppose judicial foreclose of the Subject Property. The parties agree that, prior to seeking a final order of sale, they will provide accountings of their interests in the Subject Property, including interest, setting further the disposition of the Subject Property's sale proceeds, and the United States will submit a proposed order of sale providing for the payment of any real property taxes due.

9. The parties to this Stipulation agree to bear their own costs and attorney fees, except the costs incurred in selling the Subject Property. Those costs will be reimbursed from the proceeds of the properties' sale prior to satisfying the outstanding liens on the properties.

10. Upon the parties' execution of this Stipulation, Arapahoe County shall be treated as a non-party for the purposes of the claims filed by the United States, including discovery, unless the Court orders otherwise.

Respectfully submitted on June 6, 2023,

DAVID A. HUBBERT
Deputy Assistant Attorney General

*/s/ Robert Bombard*
ROBERT BOMBARD
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Washington, D.C. 20044
(202) 514-6073 (v)
(202) 307-0054 (f)
Robert.Bombard@usdoj.gov
*Attorneys for the United States*

/s/ Benjamin P. Swartzendruber
BENJAMIN P. SWARTZENDRUBER
Senior Assistant County Attorney
Arapahoe County Attorney's Office
5334 S. Prince Street
Littleton, CO 80120-1136
(303) 795-4639
bswartzendruber@arapahoegov.com
*Attorneys for Arapahoe County*

## CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that service of the foregoing **Stipulation Regarding Lien Priority Between the United States and Arapahoe County** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following e-mail addresses:

Kevin A. Planegger
Whitney W. Wolfe
Merriam Law Firm, P.C.
whitney@merriamlaw.com
Kevin@MerriamLaw.com
*Counsel for Defendants*

Benjamin P. Swartzendruber
Sr. Assistant County Attorney
Bswartzendruber@arapahoegov.com
*Attorney for Arapahoe County*

Deanna L. Westfall
Colorado Department of Revenue
Deanna.westfall@coag.gov
*Counsel for Colorado Department of Revenue*

/s/ *Robert C. Bombard*
ROBERT C. BOMBARD
Trial Attorney, Tax Division
U.S. Department of Justice