IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Michael E. Hegarty**

| Civil Action No: | 23-cv-84-PAB-MEH | Date: | June 20, 2023 |
|---|---|---|---|
| Courtroom Deputy: | Christopher Thompson | FTR: | Courtroom A 501 |

*Parties:*                                                        *Counsel:*

USA,                                                          Robert Bombard (by phone)

    Plaintiff,

v.

ALLEN J. SCHREIBER, et al.,                    Whitney Wolfe

    Defendant.

---

**COURTROOM MINUTES/MINUTE ORDER**
**SCHEDULING CONFERENCE**

---

**Court in session:**     10:08 a.m.

Court calls case.   Appearances of counsel.

Discussion held regarding the status of the Defendants who have not appeared for today's hearing and the parties' [ECF 55] *Proposed Scheduling Order*.

THE FOLLOWING WILL CONFIRM THE ACTIONS TAKEN AND DATES SET AT THE SCHEDULING CONFERENCE HELD THIS DATE:

**Discovery Deadline:**                        April 7, 2024
**Dispositive Motion Deadline:**            July 14, 2024
**Initial Rule 26(a)(2) Disclosures:**       October 13, 2023
**Rebuttal Rule 26(a)(2) Disclosures:**    January 19, 2024

**Final Pretrial Conference:**   September 18, 2024, at 10:45 a.m. before United States Magistrate Judge Michael E. Hegarty in Courtroom A 501 of the Alfred A. Arraj Courthouse. In addition to filing a PDF copy with the Clerk of the Court, counsel should **e-mail** the proposed Final Pretrial Order in **Word or WordPerfect format** to Magistrate Judge Hegarty's chamber's email account at Hegarty_Chambers@cod.uscourts.gov **one week prior to the conference.**

**Court in recess:**     10:17 a.m.     (Hearing concluded)
**Total time in Court:** 00:09

*To obtain a transcript of this proceeding, please contact Patterson Transcription Company at (303) 755-4536 **or** AB Litigation Services at (303) 629-8534.