IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 23-cv-00084-PAB-MEH

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ALLEN J. SCHREIBER, an individual,
LISA M. SCHREIBER, an individual,
GUARANTY BANK AND TRUST COMPANY, a corporation,
FIRST CITIZENS BANK AND TRUST COMPANY, a corporation,
HCA HEALTHONE LLC, a limited liability corporation,
COLORADO DEPARTMENT OF REVENUE,
AGS CONSTRUCTION INCORPORATED,
ARAPAHOE COUNTY, COLORADO,
ARIELLE M. LASORSA, an individual, and
JILLIAN E. SCHREIBER, an indiviudal.

    Defendants.

## MINUTE ORDER

**Entered by Chief Judge Philip A. Brimmer**

    This matter is before the Court on the plaintiff's Notice of Dismissal of Arielle M. Lasorsa [Docket No. 50] and plaintiff's Notice of Dismissal of Jillian E. Schreiber [Docket No. 51]. Plaintiff states that it dismisses without prejudice its claims against Arielle M. Lasorsa and Jillian E. Schreiber pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i). Docket No. 50 at 1-2; Docket No. 51 at 1-2.

    Despite Rule 41(a)(1)'s reference to the dismissal of an "action," the weight of authority permits a dismissal of all claims pursuant to Rule 41(a)(1)(A) against fewer than all defendants. *See Kristina Consulting Grp., LLC v. Debt Pay Gateway, Inc.,* 2022 WL 881575, at *2 n.4 (10th Cir. Mar. 25, 2022) (unpublished) ("Although Rule 41(a)(1)(A) refers to dismissal of the 'action,' the rule permits the dismissal of fewer than all parties so long as all claims against a particular party are dismissed."). The notice complies with Federal Rule of Civil Procedure 41(a)(1)(A)(i), which provides that the "plaintiff may dismiss an action *without a court order* by filing: . . . a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Furthermore, "[u]nless the notice or stipulation states otherwise, the dismissal is without

prejudice." Fed. R. Civ. P. 41(a)(1)(B).  Therefore, plaintiff's claims were dismissed without prejudice as to Arielle M. Lasorsa and Jillian E. Schreiber as of the entry of the Notice of Dismissal of Arielle M. Lasorsa [Docket No. 50] and the Notice of Dismissal of Jillian E. Schreiber [Docket No. 51].

DATED September 6, 2023.